C. BRIAN KORNBREK, ESQ.
THOMAS K. MURPHY III, ESQ.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698
*Attorneys for Defendants,*
*American Honda Motor Co., Inc.*
*Honda of America Mfg., Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CINDY TIEMEYER, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a Foreign Corporation, HONDA OF AMERICA MFG, INC., a foreign corporation,<br><br>Defendants. | Civil Action No. 15-5743 (BRM) (TJB)<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE MATTER** in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice. Each party to bear its own costs.

DATED: September 12, 2017

                                          **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                          Attorneys for Defendants,
                                          American Honda Motor Co., Inc.
                                          Honda of America Mfg., Inc.

By: _[signature]_____                By: ___/s/ C. Brian Kornbrek_____
     Cindy Tiemeyer, *pro se*                              C. Brian Kornbrek

4693251.1